UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

| APRIL HENDRIX, | |
| --- | --- |
| *Plaintiff,* | |
| v. | Case No.: 1:18-cv-00273-WO-JLW |
| SOUTHWEST CREDIT SYSTEMS, LP; CREDIT CONTROL SERVICES, INC. D/B/A CREDIT COLLECTION SERVICES, I.C. SYSTEM, INC. AND COMCAST CORPORATION, | |
| *Defendants.* | |

## NOTICE OF SPECIAL APPEARANCE

**TO THE CLERK OF COURT, MIDDLE DISTRICT OF NORTH CAROLINA AND ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that, pursuant to LR 83.1(d), Eugene Xerxes Martin, IV, of Malone and Martin PLLC hereby enters his special appearance as counsel of record for the defendants Southwest Credit Systems, LP, and I.C. System, Inc., in the above-titled matter.

Mr. Martin certifies that: (a) he is admitted as an attorney in good standing in the highest state court of Texas and the United States District Courts for the Northern, Eastern, Southern, and Eastern Districts of Texas, the District of Colorado, the Eastern and Western District of Michigan, the District of Minnesota, the Northern District of Illinois, and the Fifth Circuit Court of Appeals; (b) he is familiar with the Federal Rules of Civil Procedure and the Local Rules of this Court; (c) he agrees to comply with the requirements of appearance set forth in LR 83.1(d) and has registered as a filing user with the Court's CMECF system; and (d) he submits to the disciplinary jurisdiction of this court for any misconduct in connection with the above captioned litigation;

Mr. Martin further certifies that the following counsel shall serve as Local Rule 83.1 Counsel for the defendant Experian Information Solutions, Inc.:

Zachary K. Dunn, NC Bar No 50271
SMITH DEBNAM NARRON DRAKE
SAINTSING & MYERS, LLP
4601 Six Forks Road, Suite 400
Raleigh, NC 27609
(919) 250-2212
Facsimile: (919) 250-2211
zdunn@smithdebnamlaw.com

This the 6th day of March 2019.

          Respectfully submitted,

          **MALONE AND MARTIN PLLC**

          */s/* Xerxes Martin
          EUGENE XERXES MARTIN, IV
          Texas State Bar No. 24078928
          Email: xmartin@mamlaw.com
          **MALONE AND MARTIN PLLC**
          Northpark Central, Suite 1850
          8750 North Central Expressway
          Dallas, Texas 75231
          TEL: (214) 346-2630
          FAX: (214) 346-2631

          ***COUNSEL FOR DEFENDANTS SOUTHWEST CREDIT SYSTEMS, LP, AND I.C. SYSTEM, INC.***

[CERTIFICATE OF SERVICE ON NEXT PAGE]

# CERTIFICATE OF SERVICE

The undersigned hereby certifies this document was filed using this Court's CM/ECF system, which will electronically serve this document upon the following attorneys of record, on the 6th day of March, 2019:

Kelly Colquette Hanley
Williams Mullen
301 Fayetteville St., Suite 1700
Raleigh, NC 27601
*Counsel for Comcast Cable*
*Communications Management, LLC*

Susan H. Hargrove
Smith, Anderson, Blount, Dorsett,
Mitchell & Jernigan, L.L.P.
P.O. Box 2611
Raleigh, NC 27602
*Counsel for Credit Control Services,*
*Inc. d/b/a Credit Collection Services*

SUZANNE BEGNOCHE
Suzanne Begnoche, Attorney at Law
Attorney for Plaintiff
NCSB # 35158
P.O. Box 2035
Chapel Hill, NC 27515
Telephone: (919) 960-6108
Facsimile: (919) 500-5289
Suzanne.begnoche@begnochelaw.com

                                               */s/* Xerxes Martin
                                               EUGENE XERXES MARTIN, IV